**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 134 MM 2021

              Respondent         :

                    :

                    :

             v.             :

                    :

ERIC WILLIAM DIAZ,           :

                    :

           Petitioner        :

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2022, the Application for Leave to File Original Process is GRANTED, and the Application for Extraordinary Relief and the Application to Expedite are DENIED.